UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD L. MORRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| ) | |
| GEORGE E.B. HOLDING; DAVID ) | No. 7:10-CV-237-FL |
| CORTES; DENNIS DUFFY; S. ) | |
| KATHERINE BURNETTE; MARK ) | |
| MANSELL; and, WAYNE R. MYERS, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's amended order entered July 12, 2011, and for the reasons set forth more specifically therein, that plaintiff's motion for summary judgment is denied and this action is dismissed where it appears that none of the named defendants in this action have been served within the time provided for service in Federal Rule of Civil Procedure 4(m). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 12, 2011, and Copies To:**
Donald Morrison (via U.S. Mail) P.O. Box 3612, Holly Ridge, NC 28445


July 12, 2011                    DENNIS P. IAVARONE, CLERK
                                   /s/ Christa N. Baker
                                 (By) Christa N. Baker, Deputy Clerk